**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**



2010 NOV -2  PM 12: 54

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>PEDRO PEREZ-VARGAS (1),<br><br>           Defendant. | CASE NO. 10CR1703-1<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

_XX_  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**XX**  of the offense(s) of the Indictment:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/1/10

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE